UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 121-CR-20357 KMM

UNITED STATES OF AMERICA

V.

LONTRELL WILLIAMS
    Defendant

_____/

## DEFENDANT'S RESPONSE TO GOVERNMENTS NOTIE OF INTENT TO INTRODUCE 404(b) EVIDENCE (DE 49)

    Comes now, the Defendant, LONTRELL WILLIAMS, by and through undersigned counsel and hereby object to the Governments Notice of Intent to Introduce Evidence and to use Direct, Inextricably Intertwined and Rule 404(b) Evidence and states:

    The law allows introduction of prior bad acts in the government can show: (1) a proper purpose for introducing the evidence; (2) that the prior act occurred and that the evidence shows that the defendant was the actor; and (3) that the probative value of introducing the evidence outweighs any prejudicial effect the evidence might have.  *United States v. Troya,* 733 F.3d 1125 (11th Cir. 2013);

*United States v. Cancelliere,* 69 F.3d 1116 (11th Cir.1995); *United States v. Mills,* 138 F.3d 928 (11th Cir. 1998).

In the instant case Lontrell Williams is charged by Indictment with four separate criminal charges. The first count alleges that Lontrell Williams Conspired to Possess Firearms in furtherance of Violent and Drug Trafficking Crimes. The remaining three counts are based out of an incident that occurred on October 9th, 2020, in Bay Harbor Islands, Florida. During that incident two-armed drug dealers (both are government witnesses) sustained gunshot wounds. Prior to being shot he two unknown men emerge from a vehicle that was parked next to the Defendant, brandish firearms and remove a duffle bag from one of the two-armed drug dealers. Fortunately, this entire incident is captured on video surveillance as the two-armed drug dealers give inaccurate statements when initially interviewed by law enforcement.

The Government states in its notice that they are attempting to introduce at least sixteen episodes attributed to "Choppa Gang" members use of firearms to advance their interest. The Government lays out a laundry list of events that span from October 3, 2018, through July 21, 2021. The alleged illicit conduct focuses primarily on the independent acts of individuals not listed in the indictment. These actions have no direct nexus to Lontrell Williams other than in speculation. The last incident occurs while Lontrell Williams is in custody.

Accordingly, Lontrell Williams moves to exclude all testimonial, documentary, circumstantial, and/or physical evidence from being introduced at trial *against him*, as it relates to the following incidents listed in the Government's 404(b) Notice, see [D.E. 49]:

1. October 3, 2018; Memphis, Tennessee; Armed Drug Trafficking

2. December 12, 2019; Memphis, Tennessee; Armed Drug Trafficking

3. January 22, 2020; Memphis, Tennessee; Aggravated Assault

4. March 15, 2020; Jonesboro, Arkansas; Attempted Murder

5. August 19, 2020; Memphis, Tennessee; Attempted Murder

6. September 26, 2020; Harrison County, Mississippi; Armed Drug Trafficking

7. April 8, 2020; Memphis, Tennessee; Attempted Murder

8. June 19, 2020; Memphis, Tennessee; Murder

9. July 7, 2020; Memphis, Tennessee; Aggravated Assault

10. October 10, 2020; Dallas, Texas; Attempted Murder

11. May 30, 2021; Cordova, Tennessee; Aggravated Assault

12. May 30, 2021; Miami-Dade County, Florida; Attempted Murder

13. June 15, 2021; Millington, Tennessee; Firearm Possession

14. June 29, 2021; Aggravated Assault; Memphis, Tennessee

15. July 21, 2021; Travel Event; Florida Seminole Tribal Reservation

The Government seeks to introduce evidence offered exclusively under Rule 404 (b) evidence against Lontrell Williams. In its Notice the Government provides two specific instances. The first is an assault case that occurred when Lontrell Williams was 14 (in 9th grade). The other is a robbery case that occurred when Lontrell Williams was 11 (in 6th grade). We object to both.

**Wherefore**, the Defendant, by and through undersigned counsel, respectfully request that this Honorable Court note our objection as described above.

Respectfully submitted,

By:   /*Saam Zangeneh*_____

Saam Zangeneh
Florida Bar Number 526721
14 NE 1st Avenue Suite 300
Miami, Florida 33132
Telephone: 305-441-2333
Email saam@zangenehlaw.com