UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20357-CR-MOORE/LOUIS(s)

UNITED STATES OF AMERICA

vs.

LONTRELL WILLIAMS, JR.,

      **Defendant.**

_____/

## FACTUAL PROFFER

The United States of America, Lontrell Williams, Jr. ("Defendant"), and the Defendant's counsel, agree that, had this case gone to trial, the United States would have proven the following facts, among others, occurred in Miami-Dade County, in the Southern District of Florida and elsewhere, beyond a reasonable doubt, and that such facts are sufficient to establish the Defendant's guilt as to the offenses charged in the Indictment.

From or around January 2019 or earlier, and continuing to at least July of 2021 or later, LONTRELL WILLIAMS, JR. participated in a group with BOBBY BROWN that conspired to use or carry firearms during and in relation to, and to possess firearms in furtherance of, drug trafficking crimes and crimes of violence. Through WILLIAMS, JR.'s participation in the conspiracy, he met JAYDEN DAROSA while travelling with BROWN and other associates to Miami-Dade County in October of 2020.

During the course of the conspiracy WILLIAMS, JR. and his coconspirators used the social media platforms to discuss distribution of marijuana, along with access to firearms and ammunition.

### EXAMPLES OF WILLIAMS, JR.'s ACTIVITY IN THE CONSPIRACY

On July 7, 2020 in Memphis, Tennessee, WILLIAMS, JR. threw fireworks at a gas station facility. Subsequently, WILLIAMS, JR. entered a vehicle which returned to the scene. When the vehicle occupied by WILLIAMS, JR. arrived back at the gas station, an occupant of the vehicle discharged a firearm at the business before speeding away.

On October 9, 2020, in Bay Harbor Islands, Florida, WILLIAMS, JR., BROWN, DAROSA, and other associates arrived at a meeting to acquire marijuana, codeine, and sneakers. During this meeting members of the group brandished firearms and assaulted Victims #1 and #2. Following the assault, the group departed the scene with the victims' marijuana, codeine, and sneakers.

On May 30, 2021 in Miami-Dade County, Florida WILLIAMS, JR. assaulted a victim with firearm at the King of Diamonds Gentlemen's Club.

The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the Defendant's knowing, willful, and intentional plea of guilty.

Date: 1/4/22    By: _____ on behalf of _____
                     JUAN ANTONIO GONZALEZ
                     UNITED STATES ATTORNEY
                     IGNACIO J. VÁZQUEZ, JR.
                     ASSISTANT UNITED STATES ATTORNEY

Date: 12/3/22   By: _____
                     BRADFORD M. COHEN, ESQ.
                     ATTORNEY FOR DEFENDANT WILLIAMS, JR.

Date: 1/3/22    By: _____
                     LONTRELL WILLIAMS, JR.
                     DEFENDANT