UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER 1:21-20357 KMM

UNITED STATES OF AMERICA,

v.

LONTRELL WILLIAMS

    Defendant.

_____/

## DEFENDANT'S FIRST MOTION TO CONTINUE SENTENCING

    The Defendant, LONTRELL WILLIAMS, by and through his undersigned counsel, moves this Honorable Court to briefly continue the sentencing scheduled for April 20th, 2022, and states as follows in support thereof:

    1.    Defendant Williams is currently scheduled for sentencing on April 20, 2022, at 2pm.

    2.    A central issue to be determined at sentencing resolves around whether Defendant Williams was a co-conspirator in the October 9, 2020, incident. If, as the government alleges, he was a co-conspirator, then he is liable under the guidelines then sentencing guidelines will be justifiable. If he is not a co-conspirator, as the Defendant alleges, then the guidelines will be significantly reduced.

3. This week, Defendant Williams' legal team was given critical information that may be relevant to this Honorable Court's evaluation of this event. Defendant Williams' legal team needs to do its due diligence prior to presenting this evidence at sentencing. To ensure that this exchange of information is handled appropriately, Defendant Williams' legal team has required an attorney, one not affiliated with Defendant Williams, to be present while this information is obtained. Defendant Williams' legal team will need to thoroughly examine and verify this information prior to presenting it before the Honorable Court.

4. The soonest date that this is possible is April 19, 2022. That is the day before sentencing. Assuming the information is viable, verifiable and relevant, a single day is not a reasonable amount of time to subpoena this witness or prepare a sentencing memorandum for the government and the court to review prior to sentencing.

5. This is the first continuance Defendant Williams has sought. He is in custody and this request to continue is made in good faith.

6. Due to scheduling conflicts we would ask for a thirty day continuance to conduct the sentencing.

7. We have discussed this request with AUSA Ignacio Vazquez and he indicated he needs to check the travel arrangements for his witnesses before he can give us his position on this request to continue.

**WHEREFORE**, the Defendant respectfully prays this Honorable Court grant the foregoing motion.

Respectfully submitted,

By: <u>Saam Zangeneh</u>

Sam Zangeneh
Florida Bar No.: 526721
14 N.E. 1st Avenue, Suite 300
Miami, FL 33132
Telephone: 305.441.2333
Email: saam@zangenehlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading was furnished via CM/ECF portal on this 14th day of April, 2022 to all parties on the service list.

By: <u>Saam Zangeneh</u>

Sam Zangeneh
Florida Bar No.: 526721
14 N.E. 1st Avenue, Suite 300
Miami, FL 33132
Telephone: 305.441.2333
Email: saam@zangenehlaw.com