UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 1:21-20357 KMM

UNITED STATES OF AMERICA

V.

LONTRELL WILLIAMS

    Defendant

_____/

## UNOPPOSED MOTION TO ALLOW EXPERT WITNESS TO APPEAR VIA ZOOM

The Defendant, LONTRELL WILLIAMS, through the undersigned attorneys, moves this Honorable Court to enter an Order granting this motion to allow an expert witness to testify at sentencing via Zoom. The grounds for the request are as follows:

1. Defendant Williams has retained the services of Dr. Michael Baden to testify regarding the incident that took place on October 9, 2020. Dr. Michael Baden is a world-renowned forensic pathologist and will testify regarding the injury that B.C sustained on October 9, 2020. His expert testimony will assist the Court in determining the appropriate sentencing guidelines and evaluation for potential downward departure.

2. Dr. Michael Baden resides in New York. He is 87 years old. During a Zoom meeting we had last week Dr. Baden voiced concerns regarding having to travel with the new Covid Omicron variants BA2.12 and BA 2.12.1. Dr. Baden has requested to appear and testify via Zoom for Defendant Williams sentencing.

3. Upon conferred this request with the government AUSA Arielle Klepach responded that the Government has no objections to our request.

WHEREFORE, it is respectfully requested that this Honorable Court allow Dr. Badent to testify via Zoom for Defendant Lontrell Williams sentencing.

Respectfully submitted,

By:  /*Saam Zangeneh*_____

Saam Zangeneh
Florida Bar Number 526721
14 NE 1st Avenue Suite 300
Miami, Florida 33132
Telephone: 305-441-2333\
Email saam@zangenehlaw.com