UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20357-CR-MOORE

UNITED STATES OF AMERICA

v.

**LONTRELL WILLIAMS and
BOBBY BROWN,**

      **Defendants.**
_____/

## UNITED STATES' WITNESS LIST

The United States of America hereby submits its list of potential witnesses who may be called by the United States at the Sentencing Hearing. These witnesses may or may not be called by the United States, depending on the progress of the Hearing and the Court's rulings.

1. Detective Paul Petty, Memphis Multi-Agency Gang Unit
   a. Proposed testimony: structure and nature of the Choppa Gang, Choppa Gang activities, social media investigation and messages

2. Detective Allan Castellanos, Bay Harbor Islands Police Department
   a. Proposed testimony: retrieval of October 9, 2020 video surveillance, retrieval of Williams' Instagram posts

3. Crime Scene Analyst Analilly Perez, Bay Harbor Islands Police Department
   a. Proposed testimony: search of victim J.S.' vehicle and red bag inside the vehicle

4. Brandon Cooper
   a. Proposed testimony: October 9, 2020 robbery and related injuries

5. Jeffrey Sarna

    a.  Proposed testimony: October 9, 2020 robbery and related injuries

                  Respectfully submitted,

                  JUAN ANTONIO GONZALEZ
                  UNITED STATES ATTORNEY

By:        _____
                  Arielle Klepach
                  Assistant United States Attorney
                  Court ID No. A5502706
                  99 Northeast 4th Street
                  Miami, Florida 33132-2111
                  Phone: (305) 961-3272
                  E-mail: Arielle.klepach@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on 4/19/2022, with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By:    */s/ Arielle Klepach*

Arielle Klepach
Assistant United States Attorney