UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-CR-20357-KMM-1

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LONTRELL D. WILLIAMS,

    Defendant.
_____/

## DEFENDANT'S WITNESS LIST FOR SENTENCING

Defendant, LONTRELL D. WILLIAMS ("Defendant"), by and through the undersigned counsel, and pursuant to the Court's Order [ECF No. 195], hereby submits his list of potential witnesses who may be called by Defendant at his Sentencing Hearing on April 20, 2022. The following witnesses may or may not be called by Defendant, depending on the progress of the Sentencing Hearing and Court's rulings.

1. Radric Delantic Davis

    a. Proposed testimony: mitigating factors for Defendant's sentence.

2. Julie Greenwald, Atlantic Records.

    a. Proposed testimony: mitigating factors for Defendant's sentence.

3. Wallace Peeples

    a. Proposed testimony: mitigating factors for Defendant's sentence.

4. Dr. Michael Baden, Forensic Pathologist.

    a. Proposed testimony: nature of the trajectory of the bullet and wounds of the victims.

Respectfully submitted,

**COHEN & MCMULLEN, P.A.**
*Counsel for Defendant*
1132 SE 3rd Avenue
Fort Lauderdale, Florida 33316
Telephone: (954) 523-7774
Facsimile: (954) 523-2656
Email: service@floridajusticefirm.com

By:   /S/ Bradford M. Cohen, Esq.
         BRADFORD M. COHEN, ESQ.
         Florida Bar Number: 118176

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and that a true and correct copy of this document has been served on all persons on the following Service List on April 19, 2022 either electronically in compliance with the Notice of Electronic Filing generated by CM/ECF or in some alternative manner for those parties who may not be permitted to receive to receive electronic filings via CM/ECF.

**COHEN & MCMULLEN, P.A.**
*Counsel for Defendant*
1132 SE 3rd Avenue
Fort Lauderdale, Florida 33316
Telephone:  (954) 523-7774
Facsimile: (954) 523-2656
Email: service@floridajusticefirm.com

By:   /S/ Bradford M. Cohen, Esq.
         BRADFORD M. COHEN, ESQ.
         Florida Bar Number: 118176

## SERVICE LIST

### UNITED STATES OF AMERICA v. LONTRELL D. WILLIAMS
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA CASE NO.: 21-CR-20357-KMM-1

**Saam Zangeneh, Esq.**
**Saam Zangeneh, P.A.**
14 N.E. 1st Avenue, Suite #300
Miami, Florida 33132
Telephone: (305) 441-2333
E-mail: saam@zangenehlaw.com
*Counsel for Defendant*

**Arielle Klepach, A.U.S.A.**
United States Attorney's Office
Southern District of Florida
99 Northeast 4th Street
Miami, FL., 33132
Office Tel: (305) 961-9001
E-mail: arielle.klepach@usdoj.gov

**Ignacio J. Vázquez, Jr., A.U.S.A.**
United States Attorney's Office
Southern District of Florida
99 Northeast 4th Street
Miami, FL., 33132
Office Tel: (305) 961-9318
E-mail: ignacio.vazquez@usdoj.gov

**William T. Zloch, A.U.S.A.**
United States Attorney's Office
500 S. Australian Ave., Suite 400
West Palm Beach, FL. 33401
Office Tel: (561) 820-8711
E-mail: William.zloch@usdoj.gov