**GOVERNMENT'S EXHIBIT LIST**

| UNITED STATES v. LONTRELL WILLIAMS ET AL.<br><br>GOVERNMENT COUNSEL: ASSISTANT U.S. ATTORNEYS KLEPACH, SILVERIO, & VÁZQUEZ, JR.<br><br>DEFENSE COUNSEL: ZANGENEH & COHEN for Defendant WILLIAMS, JR.; NAPOLEON, II for Defendant BROWN. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br><br>CASE NUMBER CASE NO. 21-20701-CR-MOORE/LOUIS(s)<br>DISTRICT JUDGE: HON. K. MICHAEL MOORE |
|---|---|
| | |

| EX. | DESCRIPTION OF EXHIBIT | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1. | Social Media Photographs Summary – 2019 (BSN_003690-003720) | | |
| 2. | Social Media Summary Exhibit – Meetings (sourced from BSN_003892-003896) | | |
| 3. | Social Media Summary Exhibit – General (sourced from BSN_003892-003896) | | |
| 4. | Williams and Brown Instagram Live Video (BSN_000402) | | |
| 5. | Williams and Brown Instagram Live Screenshots (BSN_000393-401) | | |
| 6. | Williams Instagram Post Screenshots (BSN_000408) | | |
| 7. | Text Messages Between J.S. and Williams (BSN_000338-000339) | | |
| 8. | BHI Surveillance (BSN_000424) | | |
| 9. | BHI Surveillance – slow motion (sourced from BSN_000424) | | |
| 10. | BHI Surveillance Screenshots (sourced from BSN_000424) | | |

| EX. | DESCRIPTION OF EXHIBIT | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 11. | Jeffrey Sarna Injury Photos<br>(BSN_000635) | | |
| 12. | Photo of Red Bag<br>(BSN_000200) | | |