UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20357-KMM

UNITED STATES OF AMERICA

v.

LONTRELL D. WILLIAMS,

     Defendant.

_____/

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO AMEND CONDITIONS OF SUPERVISED RELEASE

On November 17, 2025, the Defendant, Lontrell D. Williams, moved to amend conditions of supervised release. (DE:271). After conferring with the United States Probation Officer, the Government respectfully requests this Court deny the Defendant's Motion as the conditions of supervised release sufficiently address the Defendant's articulated concerns.

On January 4, 2022, the Defendant pled guilty to one count of conspiracy to possess firearms in furtherance of drug trafficking crimes, in violation of Title 18, United States Code, Section 924(o). (DE:156). He was adjudicated guilty on January 26, 2022. (DE:166). On April 21, 2022, the Defendant received a sentence of sixty-three months' imprisonment to be followed by three years of supervised release. (DE:205).

The Defendant moves this Court to modify two conditions of his supervised release. First, the Defendant is required to "work full time (at least 30 hours per week) at a lawful type of employment." (DE:205 at 4). The Defendant asks that the United States Probation Office be permitted recognize his status as a recording artist as gainful employment. The United States Probation Office has advised the undersigned that so long as the Defendant abides by the requirements for verifying his hours of lawful employment, his work as a recording artist shall be

treated as any other employment. Therefore, the government respectfully requests the Court deny the Defendant's motion to modify this condition of his supervised release as the conditions permit his requested relief as written.

Second, the Defendant is required to obtain permission from his probation officer before leaving the federal judicial district where he is authorized to reside. (*Ibid*.). The Defendant posits that fulfilling his contractual obligations will require him to travel nationwide, and as a result moves the Court to modify the conditions to permit travel throughout the United States. The United States Probation Office has advised the undersigned that the Defendant is required to provide certain information to his assigned probation officer to obtain permission to travel outside of the federal judicial district where he is authorized to reside. However, if he abides by those requirements and no other issues complicate his request, he should be permitted to meet his contractual obligations. The requirement to obtain permission from the United States Probation Office for travel is paramount to a Probation Officer's ability to provide effective supervision during the Defendant's term of supervised release. Obtaining such permission generally includes provision of travel details and documents that permit the Probation Officer to ensure the Defendant does not violate other terms of supervised release. Therefore, the government respectfully requests the Court deny the Defendant's motion to modify this condition of his supervised release as the condition will not preclude him from meeting contractual obligations as a recording artist but rather permits the assigned Probation Officer to effectively supervise the Defendant.

For the foregoing reasons, the Government respectfully requests the Court to deny the

Defendant's Motion for modification of the terms of his supervised release.


Respectfully submitted,


JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY


By:   *s/ Audrey Pence Tomanelli*
      Audrey Pence Tomanelli
      Assistant United States Attorney
      Court ID No. A5503001
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9031
      Email: Audrey.Pence.Tomanelli@usdoj.gov

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on November 25, 2025, a true and correct copy of the foregoing was filed with the Court via CM/ECF.

*s/ Audrey Pence Tomanelli*
Audrey Pence Tomanelli
Assistant United States Attorney
